## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM H. ANDERSON,** | : |
| **Plaintiff,** | : CIVIL ACTION NO. |
| v. | : |
| **STEP BY STEP, INC** | : |
| **Defendant.** | : |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Step By Step, Inc., by and through its attorneys, Spector Gadon Rosen Vinci P.C., hereby removes this civil action bearing Docket No. August Term 2021, No. 001669 from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1441 and 1331.

1. Plaintiff commenced his action in the Court of Common Pleas of Philadelphia County, Pennsylvania by filing a Civil Action Complaint ("Complaint") on or about August 18, 2021. A copy of the Complaint is attached hereto as Exhibit "A" without admission or adoption.

2. Defendant, Step By Step, Inc. ("Step By Step" or "Defendant"), was served with a copy of Plaintiff's Complaint on September 7, 2021. No further proceedings have occurred in this action.

3. Plaintiff's Complaint alleges, *inter alia*, that Defendant "unlawfully terminated [Plaintiff's] employment based on his national origin discrimination,

in violation of *Title VII* (42 U.S.C. §2000e, *et seq.*) . . . ." [Plaintiff's Complaint, Exhibit "A", ¶7].

4. Plaintiff's claims are based, in part, on alleged violations of federal law as the only Count of the Complaint alleges violations of Title VII.

5. Because this action involves claims under Title VII, this Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1331 based upon the existence of a Federal Question and this action is subject to removal under 28 U.S.C. § 1441.

6. Pursuant to 29 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the Eastern District of Pennsylvania, which is the District in which the State Action was filed and is presently pending.

7. This Notice of Removal is timely pursuant to 28 U.S.C. §1446(b) as it was filed within thirty (30) days after Plaintiff served Defendant Step By Step with the Complaint.

8. After filing this Notice of Removal, Defendant Step By Step will promptly serve written notice of this Notice of Removal on counsel for Plaintiff and file the same with the Prothonotary of the Court of Common Pleas of Philadelphia County in accordance with 28 U.S.C. § 1446(d).

**WHEREFORE**, Defendant, Step By Step, Inc., respectfully requests that the above-entitled action now pending in the Court of Common Pleas of

Philadelphia County, Pennsylvania be removed therefrom to this Court.

                              **SPECTOR GADON ROSEN VINCI P.C.**

By:    *Nancy Abrams*
           Jennifer Myers Chalal, Esquire (I.D. No. 77841)
           Nancy Abrams, Esquire (I.D. No. 31089)
           1635 Market Street, 7th Floor
           Philadelphia, PA 19103
           (215) 241-8894/(215) 531-9154 (fax)
           nabrams@sgrvlaw.com
           jmyers@sgrvlaw.com

           *Attorneys for Defendant,*
           *Step By Step, Inc.*

Dated: September 27, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I served the foregoing Notice of Removal on counsel for Plaintiff by causing true and correct copies thereof to be electronically filed with the Court and served by e-mail transmission on this 27th day of September, 2021 to the following counsel and interested parties of record:

Dennis L. Friedman, Esquire<br>
1515 Market Street, Suite 1650<br>
Philadelphia, PA  19102

*Nancy Abrams*
Nancy Abrams

# EXHIBIT A

# Civil Cover Sheet

**Court of Common Pleas of Philadelphia County**
**Trial Division**

*For Prothonotary Use Only (Docket Number)*
**AUGUST 2021**   **001669**
E-Filing Number: 2108035103

| | |
|---|---|
| **PLAINTIFF'S NAME** <br> WILLIAM H.. ANDERSON | **DEFENDANT'S NAME** <br> STEP BY STEP, INC. |
| **PLAINTIFF'S ADDRESS** <br> 8803 CHESTER AVENUE APARTMENT 2 <br> PHILADELPHIA PA 19142 | **DEFENDANT'S ADDRESS** <br> CROSS VALLEY COMMONS 744 KIDDER STREET <br> WILKES-BARRE PA 18702 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | [X] Complaint  ☐ Petition Action  ☐ Notice of Appeal <br> ☐ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| [X] $50,000.00 or less <br> ☐ More than $50,000.00 | [X] Arbitration <br> ☐ Jury <br> ☐ Non-Jury <br> ☐ Other: | ☐ Mass Tort <br> ☐ Savings Action <br> ☐ Petition | ☐ Commerce <br> ☐ Minor Court Appeal <br> ☐ Statutory Appeals | ☐ Settlement <br> ☐ Minors <br> ☐ W/D/Survival |

**CASE TYPE AND CODE**
1E - EMPLOYMENT, WRONGFUL DISCHARGE

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

**FILED PRO PROTHY**
AUG 18 2021
M. RUSSO

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: WILLIAM H. ANDERSON

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY <br> DENNIS L. FRIEDMAN | ADDRESS <br> 1515 MARKET ST <br> SUITE 1650 <br> PHILADELPHIA PA 19102 |
|---|---|
| PHONE NUMBER <br> (215) 567-4600 | FAX NUMBER <br> (215) 567-7877 |
| SUPREME COURT IDENTIFICATION NO. <br> 19385 | E-MAIL ADDRESS <br> friedman.dennis@gmail.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY <br> *DENNIS FRIEDMAN* | DATE SUBMITTED <br> Wednesday, August 18, 2021, 04:18 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 06/14/2022
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties. There is no right to a trial de novo on appeal from a decision entered ARBITRATION CASE, Assessment of Damages Hearing Required

Dennis L. Friedman, Esquire
Identification No. 19385
1515 Market Street
Suite 1650
Philadelphia, PA 19102
(215) 567-4600

ATTORNEY FOR PLAINTIFF

*Filed and Attested by the Office of Judicial Records 18 AUG 2021 04:18 pm M. RUSSO*

WILLIAM H. ANDERSON,
6903 Chester Avenue, Apt. 2
Philadelphia, PA 19142,
         Plaintiff,

    v.

STEP BY STEP, INC.,
Cross Valley Commons,
744 Kidder Street
Wilkes-Barre, PA 18702
         Defendant.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

FIRST JUDICIAL DISTRICT
CIVIL TRIAL DIVISION

August Term 2021
No. 001669

## CIVIL ACTION - COMPLAINT
## EMPLOYMENT - WRONGFUL DISCHARGE

### NOTICE TO DEFEND

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral and Information Service,
1101 Market Street, 11th Floor, Philadelphia, PA
19107-2911
(215) 238-6333

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo a partir de la fecha de la demanda y la notificacion. Hace falta assentar una comparencia escrita a en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas la corte puede decidir a favor del demandate y requiere que usted cumpia con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NOTIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA A VERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASSOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107-2911
(215) 238-6333

Case ID: 210801669

Dennis L. Friedman, Esquire
Identification No. 19385
1515 Market Street
Suite 1650
Philadelphia, PA 19102
(215) 567-4600

ATTORNEY FOR PLAINTIFF

|  |  |
|---|---|
| WILLIAM H. ANDERSON,<br>6903 Chester Avenue, Apt. 2<br>Philadelphia, PA 19142,<br>　　　　Plaintiff,<br><br>　　v.<br><br>STEP BY STEP, INC.,<br>Cross Valley Commons,<br>744 Kidder Street<br>Wilkes-Barre, PA 18702<br>　　　　Defendant. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>FIRST JUDICIAL DISTRICT<br>CIVIL TRIAL DIVISION<br><br>August Term 2021<br>No. 001669 |

## CIVIL ACTION COMPLAINT

1. Plaintiff, William H. Anderson ("**Anderson**" or "Plaintiff"), is an adult individual who resides at 6903 Chester Avenue, Apartment 2, Philadelphia, PA 19142.

2. Defendant, Step by Step, Inc. ("**Step by Step**" or "Defendant"), is a Pennsylvania corporation with its administrative offices located at Cross Valley Commons, 744 Kidder Street, Wilkes-Barre, PA 18702.

3. From November 19, 2002 through October 29, 2019, **Anderson** was employed by **Step By Step** as a direct support staff worker earning $15.60 per hour.

4. At all times material hereto, **Anderson**'s worksite was an apartment located in Philadelphia that housed two special-needs residents in need of staffing assistance to be provided by direct support staff workers on site.

Case ID: 210801669

5. On October 29, 2019, **Anderson** worked the overnight shift from 12am to 8am and provided direct support care to one of the two residents who, during the shift, suffered bruising to the left side of the resident's face and to the resident's left hand.

6. **Anderson** was terminated by the Employer on December 11, 2019, based on the charges of: (a) Abusing, Mistreating, neglecting clients or making false slanderous or defamatory statement about client; (b) Failure to report information relevant to client welfare to supervisory staff; and (c) Failure to comply with agency policies, procedure, standards and guidelines.

## COUNT

### WILLIAM H. ANDERSON v. STEP BY STEP, INC.

#### Discriminatory Discharge
#### Based on National Origin Discrimination

7. **Anderson** asserts that **Step by Step** unlawfully terminated his employment based on national origin discrimination, in violation of *Title VII* (42 U.S.C. § 2000e, *et seq.*), the *Pennsylvania Human Relations Act* (43 Pa. Cons.Stat. Ann. §§ 951-963) and the *Philadelphia Fair Practices Ordinance* (Phila. Code §§ 9-1100-9-1110).

WHEREFORE, Plaintiff, William H. Anderson, demands judgment against defendant, Step by Step, Inc., in an amount not in excess of $50,000.00.

s/ *Dennis L. Friedman*
Dennis L. Friedman, Esquire
Attorney for Plaintiff

2

## VERIFICATION

I, Wm. H. Anderson, states that that I am the Plaintiff named within; that I am acquainted with the facts set forth in the foregoing CIVIL ACTION COMPLAINT; that the same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the penalties of 18 Pa. C.S. 4904 relating to unsworn falsification to authorities.

Dated: 8/18/2021                                       *[signature]*