IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM H. ANDERSON,** <br> Plaintiff, | **CIVIL ACTION** |
| v. | |
| **STEP BY STEP, INC.,** <br> Defendant. | **NO. 21-4260** |

O R D E R

AND NOW, this 8th day of April, 2022, upon consideration of Defendant Step by Step, Inc.'s Motion for Summary Judgment (ECF No. 16), and Plaintiff William Anderson's Motion to Defer Consideration on Defendant's Motion for Summary Judgment and to Permit Plaintiff to Take Discovery (ECF No. 21), **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion is **DENIED**.
2. Defendant's Motion for Summary Judgment is **GRANTED**.
3. The Clerk of Court is **DIRECTED** to **TERMINATE** this case and mark it as **CLOSED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**