UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM H. ANDERSON,<br>                Plaintiff,<br><br>     v.<br><br>STEP BY STEP, INC.,<br>                Defendant. | Case No.<br><br>2:21-cv-04260-WB |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, William H. Anderson, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (**Doc. 22**) (Exhibit A), entered on April 8, 2022, granting the Defendant's Motion for Summary Judgment, and from the Order, entered on April 8, 2022 (Exhibit B) (**Doc. 23**), (a) denying *Plaintiff's Motion, Pursuant to F.R.C.P. 56(d), to Defer Consideration of Defendant's Motion for Summary Judgment and to Permit Plaintiff to Take Discovery*, (b) granting Defendant's Motion for Summary Judgment, and (c) directing the Clerk of the Court to Terminate the case and mark it as closed.

                                                                    s/ Dennis L. Friedman
                                                                    DENNIS L. FRIEDMAN, ESQUIRE
                                                                    Attorney for Plaintiff
                                                                    1515 Market Street
                                                                    Suite 1650
                                                                    Philadelphia, PA  19102

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Notice of Appeal* was served upon the following this date electronically, this date, to:

Jennifer M. Chalal, Esquire
Nancy Abrams, Esquire
Spector Gadon Rosen Vinci P.C.
Attorneys for Defendant,
Step By Step, Inc.
Nancy Abrams <nabrams@sgrvlaw.com>
Jennifer Myers Chalal <jmyers@sgrvlaw.com>

s/ Dennis L. Friedman

DENNIS L. FRIEDMAN, ESQUIRE

Dated: May 9, 2022